### GIBBS ag$^t$ SHORE

Benjamin Gibbs plaint. ag$^t$ Samson Shore senio$^r$ Defend$^t$ in an action of debt for witholding Seventy pounds ten Shillings & ten pence due by bond bearing date the .21° of May. 1675. w$^{th}$ other due damages according to attachm$^t$ dat$^d$ April: 18° 1676. . . . The Jury . . . founde for the plaint. the Forfiture of the bond being Seventy pounds ten Shillings & ten pence in mony & costs of Court. The

Defend$^t$ appeal$^d$ from this judgem$^t$ unto the next Court of Assistants & himselfe principall in £:140. Elisha Odlin & Samuel Hudson as Sureties in £:70. apeice bound themselues respectiuely in the Summes afores$^d$ unto the Treasuro$^r$ . . . on condicion the s$^d$ Shore shall prosecute his appeale . . .

[ Copy of attachment and return is in S. F. 1437. For the appeal, see Records of Court of Assistants, i. 68.]